UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| V.G., an individual,<br><br>                               Plaintiff,<br><br>v.<br><br>G6 HOSPITALITY, LLC,<br><br>                               Defendant. | **MOTION FOR PRO HAC VICE ADMISSION OF ANGELA C. AGRUSA**<br><br>Case No. 1:19-cv-01520 (FJS-CFH) |

    PLEASE TAKE NOTICE THAT the undersigned, Jeffrey D. Kuhn, hereby moves this Court for an order pursuant to Local Rule 83.1(d) admitting Angela C. Agrusa ("Petitioner"), a member of the bar of the State of California in good standing, to practice *pro hac vice* to appear as counsel for defendant G6 Hospitality, LLC in connection with the above-captioned case.

    PLEASE TAKE FURTHER NOTICE that in support hereof, the undersigned relies upon the accompanying Declaration of Sponsor, Petition for Admission to Practice, Attorney E-Filing Registration Form; Certificate of Good Standing, Oath of Admission, Proposed Order, and payment of the *Pro Hac Vice* Admission Fee of $100.00 via Pay.Gov.

    FURTHERMORE, to the best of my knowledge and belief, Petitioner is in good standing of the bar of the State of California and there are no pending disciplinary proceedings against her in any state or federal court.

Dated: Albany, New York
       January 29, 2020                      **DLA PIPER LLP (US)**

                                      By:  /s/ Jeffrey D. Kuhn
                                          Jeffrey D. Kuhn (NDNY Bar Roll # 513241)
                                          DLA PIPER LLP (US)
                                          677 Broadway – Suite 1205
                                          Albany, New York 12207-2996
                                          Tel.: (518) 788-9708
                                          Fax:  (518) 936-9806
                                          Email:  jeffrey.kuhn@us.dlapiper.com

                                          Angela Agrusa
                                          2000 Avenue of the Stars
                                          Suite 400 North Tower
                                          Los Angeles, CA  90067-4704
                                          Tel.: (310) 500-3591
                                          Fax:  (310) 595-3100
                                          Email:  angela.agrusa@us.dlapiper.com

                                          ***Attorneys for G6 Hospitality, LLC***

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was electronically filed with the Northern District of New York, and simultaneously served upon all parties in this action/known counsel of record via the Courts' CM/ECF system on this 29th day of January 2020.

By: /s/ Jeffrey D. Kuhn
Jeffrey D. Kuhn
