UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Petition of : Angela C. Agrusa

DECLARATION
OF
SPONSOR

STATE OF NEW YORK
COUNTY OF Albany

Jeffrey D. Kuhn, being duly sworn, depose and say:

1. That I am an attorney associated with the law firm of DLA Piper LLP (US), and am a member in good standing with the United States District Court for the Northern District of New York. My NYND Bar Roll Number is: 513241.

2. I make this Declaration in support of the admission of Angela C. Agrusa.

3. I have known Angela C. Agrusa since _____, and find him / her to be of high moral character and suitable for admission to the United States District Court for the Northern District of New York.

~ ~ ~ ~ ~ ~

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 29, day of January, 20 20.

/s/ Jeffrey D. Kuhn
**SPONSOR**