# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

**IN THE MATTER OF THE APPLICATION**

**OF**

Angela C. Agrusa

:
:
:
:

**PETITION FOR
ADMISSION TO PRACTICE**

I, _____ Angela C. Agrusa _____, being sworn, depose and say:

1. That I reside at __1100 Charm Acres Place__ , __Pacific Palisades__ , __CA__ __90272__ and my office address is __2000 Avenue of the Stars__ , __Los Angeles__ , __CA__ __90067__ .

2. That I was admitted to practice in the courts of the State of __California__ on __12/14/1987__, by the __Supreme Court of California__ Department.

3. That I graduated from __Loyola__ Law School on __May 1987__ after having completed the required courses of study.

4. That I have never been held in contempt of court, censured, suspended or disbarred by any court.[1]

5. That I am also admitted to practice in the following States, territories, districts, commonwealths or other courts of the United States:

| BAR | DATE |
| --- | --- |
| State of CA, Bar No. 13137 | 12/14/1987 |
| | |
| | |
| | |

6. That I have read, and am familiar with: The Judicial Code (Title 28 U.S.C.); the Federal Rules of Civil Procedure and the Federal Rules of Evidence for the District Courts; the Federal Rules of Criminal Procedure for the District Courts; the Local Rules and General Orders for the Northern District of New York; and the N.Y.S. Rules of Professional Conduct and will faithfully adhere thereto.

**WHEREFORE** it is respectfully requested that this court order that Petitioner, _____ Angela C. Agrusa _____, be admitted to practice before the Bar of this Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

**Dated this** __17__ , **day of** __January__ , 20 __20__ .

**PETITIONER**

[1] *Discipline Orders issued by any Court prior to executing this Petition must be attached.*