

# Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *ANGELA CHRISTINE AGRUSA*

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that ANGELA CHRISTINE AGRUSA, #131337, was on the 14th day of December 1987, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court on the 1st day of October 2019.

JORGE E. NAVARRETE
Clerk/Executive Officer of the Supreme Court

By: _____
Karissa Castro, Deputy Clerk