**UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK**

**IN THE MATTER OF THE APPLICATION OF**          )
                                                 )
          ANGELA C. AGRUSA                        )          **ORDER**
                                                 )
                                                 )
**TO BE ADMITTED TO THE UNITED STATES**          )
**DISTRICT COURT FOR THE NORTHERN**              )
**DISTRICT OF NEW YORK**                          )

Upon fulfilling the requirements set forth in Local Rule 83.1 of the Northern District of

New York, _____ANGELA C. AGRUSA_____ is hereby accepted for

☐          Permanent Admission to practice in the United States District Court for the
           Northern District of New York.

☒          Pro Hac Vice Admission to practice in the United States District Court for the
           Northern District of New York for the particular case of :
           _V.G. v. G6 Hospitality, LLC - Case No. 1:19-cv-01520 (FJS-CFH)_____.


IT IS SO ORDERED


Dated : _____


                                        _____
                                        ☐ U.S. District Judge
                                        ☐ U.S. Magistrate Judge