UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| V.G., an individual;<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>G6 HOSPITALITY, LLC;<br><br>　　　　　Defendant and Third-Party Plaintiff<br><br>　v.<br><br>RAM HOTELS, INC.;<br>　　　　　Third-Party Defendant | CIVIL ACTION NO. 1:19-CV-1520<br>　　　　　(FJS/CFH) |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff V.G. ("Plaintiff"), Defendant G6 Hospitality LLC ("G6"), and Defendant Ram Hotels, Inc. ("RHI") hereby stipulate that Plaintiff's claims against G6 and RHI shall be dismissed with prejudice, with each party to bear their own costs and fees. This Stipulation shall have no effect on G6's claims against RHI, which shall remain pending.

　　　　　　　　　　　　　　　　　　　　　/s/ Alan J. Borowsky
　　　　　　　　　　　　　　　　　　　　　Alan J. Borowsky, Esq.
　　　　　　　　　　　　　　　　　　　　　**Morgan & Morgan**
　　　　　　　　　　　　　　　　　　　　　2005 Market Street
　　　　　　　　　　　　　　　　　　　　　Suite 350
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　　　Telephone : (215) 861-0502
　　　　　　　　　　　　　　　　　　　　　Fax : (215) 861-0527
　　　　　　　　　　　　　　　　　　　　　aborowsky@forthepeople.com

　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

/s/ Thomas J. Johnson
Thomas J. Johnson
Bailey, Johnson & Peck, P.C.
5 Pine West Plaza, Suite 507
Washington Avenue Extension
Albany, NY 12205
518-456-0082
518-456-4767 (fax)
tjjohnson@baileyjohnson.com

**Counsel for Ram Hotels, Inc.**

/s/ Angela C. Agrusa
Angela C. Agrusa (admitted pro hac vice)
Shannon E. Dudic (admitted pro hac vice)
DLA Piper LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067
310-500-3591
310-595-3361 (fax)
angela.agrusa@dlapiper.com

Jeffrey D. Kuhn (NDNY Bar Roll # 513241)
DLA PIPER LLP (US)
677 Broadway – Suite 1205
Albany, New York 12207-2996
Tel.: (518) 788-9708
Fax:  (518) 935-9806
Email: jeffrey.kuhn@us.dlapiper.com

**Counsel for G6 Hospitality LLC**

Date: March 15, 2022

IT IS SO ORDERED.

_____
Frederick J. Scullin, Jr.
Senior United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2022 a true and correct copy of the foregoing was furnished through CM/ECF to all counsel of record.

                                                        */s/* _____