UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| V.G., an individual;<br><br>    *Plaintiff*,<br><br>v.<br><br>G6 HOSPITALITY LLC,<br><br>    *Defendant and Third-Party Plaintiff*<br><br>v.<br><br>RHI HOTELS, INC.,<br><br>    *Third-Party Defendant*. | CIVIL ACTION NO. 1:19CV1520<br>                        (FJS/CFH) |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

On March 15, 2022, the Court entered the parties' stipulation that Plaintiff V.G.'s claims against Defendants G6 Hospitality LLC ("**G6**") and Ram Hotels, Inc. ("**RHI**") be dismissed with prejudice, with each party to bear their own costs and fees, and without any effect on G6's claims against RHI. Now, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the remaining parties, G6 and RHI, hereby stipulate that G6's claims against RHI shall be dismissed with prejudice, as well, with each party to bear its own costs and fees.

Date: December 16, 2022

Date: December 22, 2022

IT IS SO ORDERED.

_____
Frederick J. Scullin, Jr.
Senior United States District Judge

By: */s/ Shannon E. Dudic*
    Angela C. Agrusa (*pro hac vice*)
    Shannon E. Dudic (*pro hac vice*)

        DLA PIPER LLP (US)
        2000 Avenue of the Stars
        Suite 400 North Tower
        Los Angeles, California 90067-4704
        Tel:  310.595.3000
        Fax:  310.595.3300
        Email:  angela.agrusa@us.dlapiper.com
        Email:  shannon.dudic@us.dlapiper.com

        Robert J. Alessi (NDNY Bar Roll # 101019)
        DLA PIPER LLP (US)
        677 Broadway – Suite 1205
        Albany, New York 12207-2996
        Tel.: (518) 788-9708
        Fax:  (518) 935-9806
        Email: robert.alessi@us.dlapiper.com

        ***Attorneys for Defendant and Third-Party Plaintiff G6 Hospitality LLC***

By: */s/ Thomas J. Johnson*
    Thomas J. Johnson, Esq.
    Bailey, Johnson & Peck, P.C.
    5 Pine West Plaza, Suite 507
    Washington Avenue Extension
    Albany, NY 12205
    Tel:  518-456-0082
    Fax:  518-456-4767
    Email:  tjjohnson@baileyjohnson.com

    ***Attorney for Third-Party Defendant Ram Hotels, Inc.***

I hereby attest that I have obtained concurrence in the filing of this document from each other signatory.

Dated:  December 16 , 2020

DLA PIPER LLP (US)

By: */s/ Shannon E. Dudic*
    Angela C. Agrusa
    Shannon E. Dudic
    Alexis N. Burgess
    ***Attorneys for Defendant and Third-Party Plaintiff G6 Hospitality LLC***

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Joint Status Report was electronically filed with the Northern District of New York, and simultaneously served upon all parties in this action/known counsel of record via the Courts' CM/ECF system on this 16th day of December 2022.

By: */s/ Shannon Dudic*